IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JACOBI P. MALONE                                                                           PLAINTIFF

v.                                  No. 4:13-cv-403-DPM

ROBERT HINMAN, Individually and in His
Official Capcity; CITY OF LITTLE ROCK, a
Municipal Corporation and Public Body
Corporate and Politic; and STUART THOMAS,
Individually and in His Official Capacity as
Chief of Police, Little Rock Department                                         DEFENDANTS

JUDGMENT

Malone's state law claim is dismissed without prejudice. Malone's federal claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 August 2015